

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00234-CV

| | | |
|---|---|---|
| Amy Hale, Appellant | § | On Appeal from the 233rd District Court |
| v. | § | of Tarrant County (233-674169-19) |
| | § | October 17, 2024 |
| Brian Hale, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's final divorce decree. It is ordered that the trial court's final divorce decree is affirmed.

It is further ordered that Amy Hale shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
       Justice Dana Womack